# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## CORRECTED COVER SHEET FOR AMENDMENTS

**CASE NAME:**    David L. Pichan
Jo Ann Pichan

**CASE NUMBER:**    12-66246

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☐   Add creditors to schedule(s) _____. How many?___
(Use second page of this form to list creditors added).

☒   **$30.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐   Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒   Other: (Provide detail of Amendment) **Amend Schedule F to reflect "Notice Only" to certain creditors and more accurately reflect liabilities of same. Claims are barred by statute of limitations and/or are otherwise not recoverable. File amended summary of schedules to reflect change.**

☒   **Amend Schedules.** Schedules must be verified by the debtor(s).

☐   **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:**    LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):    -NONE-
_____

(Please print)

Previous address:                                    Please change to:

_____                             _____

_____                             _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address    _____

_____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address    _____

_____

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:    */s/ Dickron Bohikian*
_____

**Dickron Bohikian**

Name of Attorney
**748 W. Grand River Ave.**
**Brighton, MI 48116**
**810-494-7172**
**ecf@bohikianlaw.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ David L. Pichan**

**David L. Pichan**

Name of Debtor

Signature: **/s/Jo ann Pichan**

**Jo Ann Pichan**

Name of Joint Debtor, if applicable