# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN RE:

                                              Chapter 7

DAVID L. PICHAN                            Case No. 12-66246-wsd

JO ANN PICHAN,                          Hon. Walter Shapero

       Debtor.

_____/

## STIPULATION TO ENTRY OF ORDER APPROVING MOTION TO CONVERT CHAPTER 7 CASE TO CASE UNDER CHAPTER 13

    The Debtors filed a motion to convert their case filed under Chapter 7 of the Bankruptcy Code to a case under Chapter 13; all parties were served with notice of the motion, and Education Plus Credit Union having filed a response, creditor's objections having been resolved; and the Court otherwise being fully advised in the premises;

    **NOW THEREFORE,**

    **IT IS HEREBY STIPULATED** that the Debtors' motion is granted and the Debtors' case shall be converted to a case under Chapter 13 of the Bankruptcy Code.

    **IT IS FURTHER STIPULATED** that the clerk of court shall set times for a Section 341 Meeting of Creditors and Confirmation Hearing in the case.


/s/ *Dickron Bohikian*                            /s/ *Karen L. Rowse-Oberle*
DICKRON BOHIKIAN (P46210)             Karen L. Rowse-Oberle (P41893)
Counsel for Debtor                                 Counsel for Education Plus Credit Union
748 W Grand River Avenue                24525 Harper Avenue
Brighton, MI 48116                                   St. Clair Shores, MI 48080
810.494.7172 (phone)                       (586) 777-0770
810.494.7178 (fax)                                   krowse-oberle@butler-butler.com
ecf@bohikianlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**IN RE:**

|  |  |
|---|---|
|  | Chapter 7 |
| DAVID L. PICHAN | Case No. 12-66246-wsd |
| JO ANN PICHAN, | Hon. Walter Shapero |

     Debtor.
_____/

## ORDER APPROVING MOTION TO CONVERT CHAPTER 7 CASE TO CASE UNDER CHAPTER 13

The Debtors filed a motion to convert their case filed under Chapter 7 of the Bankruptcy Code to a case under Chapter 13; all parties were served with notice of the motion, and Education Plus Credit Union having filed a response, creditor's objections having been resolved; and the Court otherwise being fully advised in the premises;

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Debtors' motion is granted and the Debtors' case shall be converted to a case under Chapter 13 of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the clerk of court shall set times for a Section 341 Meeting of Creditors and Confirmation Hearing in the case.

~ 2 ~