UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                              In Bankruptcy

**PICHAN, DAVID L.,**                           Case No. 12-66246 WSD
**PICHAN, JO ANN,**                              Chapter 13
         Debtor(s)                                Hon. Walter Shapero.Detroit
_____/

## APPLICATION FOR ORDER AWARDING
## COMPENSATION TO THE CHAPTER 7 TRUSTEE

The chapter 7 Trustee, Timothy J. Miller, respectfully submits the following as his Application for Order Awarding Compensation:

1. Timothy J. Miller was appointed Chapter 7 Trustee on November 11, 2012.

2. The Chapter 7 Trustee would have liquidated real property of the Debtor had the case not converted to chapter 13. Once factor involved in converting the case was the Chapter 7 Trustee's likely administration of real property.

3. A conservative estimate of the Trustee's expectation of compensation is in excess $1,750.00, however a reduced request is made due to there being no sale by the Chapter 7 Trustee.

WHEREFORE, Applicant prays for allowance of compensation in the amount of $1,750.00.

DATE: June 21, 2013                         /s/Timothy J. Miller, trustee
                                                          TIMOTHY J. MILLER (P36951)
                                                          Chapter 7 Trustee
                                                          64541 Van Dyke, Suite 101B
                                                          Washington Township, MI 48095
                                                          (586) 281-3764
                                                          tmiller@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:   In Bankruptcy

**PICHAN, DAVID L.,**   Case No. 12-66246 WSD
**PICHAN, JO ANN,**   Chapter 7
    Debtor(s)   Hon. Walter Shapero.Detroit
_____/

## **EXHIBIT LIST**

| Exhibit | Description |
| --- | --- |
| 1 | Proposed Order |
| 2 | Notice of Application for Compensation by Trustee |
| 3 | Certificate of Service |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                         In Bankruptcy

**PICHAN, DAVID L.,**                                     Case No. 12-66246 WSD
**PICHAN, JO ANN,**                                       Chapter 13
    Debtor(s)                         Hon. Walter Shapero.Detroit
_____/

**(Proposed)**
**ORDER APPROVING**
**COMPENSATION BY CHAPTER 7 TRUSTEE**

    This matter having come before the Court on the Application of Timothy J. Miller, Chapter 7 Trustee, for Order Awarding Compensation to the Chapter 7 Trustee, notice having been provided to creditors and all parties of interest as required by Local Bankruptcy Rule, the Court having reviewed the Application and being otherwise duly advised,

    IT IS HEREBY ORDERED that the Chapter 7 Trustee's Application is granted and the fees are awarded to the Chapter 7 Trustee in the amount of $1,750.00. Such fees are to be paid by the chapter 13 trustee as a first priority administrative expense.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                              In Bankruptcy

**PICHAN, DAVID L.,**                                          Case No. 12-66246 WSD
**PICHAN, JO ANN,**                                            Chapter 13
       Debtor(s)                                      Hon. Walter Shapero.Detroit
_____/

## **NOTICE OF APPLICATION FOR COMPENSATION BY CHAPTER 7 TRUSTEE**

      Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the Court entitled Application for Compensation by Chapter 7 Trustee. Compensation in the amount of $1,750.00 is requested.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to award fees to Schneider Miller, P.C. as set forth above or if you want the court to consider your views on the Application, within 21 days you or your attorney must:

    1.    File with the Court a written response or an answer explaining your position at:

            United States Bankruptcy Court
            211 W. Fort Street, Suite 2100
            Detroit, Michigan 48226

**If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:**

    Timothy J. Miller, Esq.                  Office of the United States Trustee
    64541 Van Dyke, Suite 101-B           211 West Fort Street, Suite 700
    Washington Township, Michigan 48095    Detroit, MI 48226

    2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the objection and you will be served with a notice of the time and location of the hearing.

      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date: June 21, 2013

                                                      /s/Timothy J. Miller, Attorney
                                                       TIMOTHY J. MILLER (P36951)
                                                       Attorney for the Trustee
                                                       64541 Van Dyke, Suite 101B
                                                       Washington Township, MI 48095
                                                       (586) 281-3764
                                                        tmiller@schneidermiller.co

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                In Bankruptcy

**PICHAN, DAVID L.,**                   Case No. 12-66246 WSD
**PICHAN, JO ANN,**                     Chapter 13
     Debtor(s)                             Hon. Walter Shapero.Detroit
_____/

## CERTIFICATE OF SERVICE

Re:    Application for Compensation by Chapter 7 Trustee, L.R.B. 9014-1 Notice, proposed Order, and Certificate of Service.

    I hereby certify that on June 21, 2013, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

    I hereby certify that on June 21, 2013, an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the L.B.R. 9014-1 Notice to the following non-ECF participants:

                    ALL CREDITORS ON THE COURT'S MATRIX

                                     /s/Timothy J. Miller, Attorney
                                     TIMOTHY J. MILLER (P36951)
                                     Attorney for the Trustee
                                     64541 Van Dyke, Suite 101B
                                     Washington Township, MI 48095
                                     (586) 281-3764
                                     tmiller@schneidermiller.com