**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE:

| | |
|---|---|
| DAVID L. PICHAN | Chapter 13 |
| JOANN PICHAN | Case No: 12-66246wsd |
| Debtors. | Honorable Walter Shapero |
| _____/ | |

## DEBTOR'S NOTICE OF CONVERSION

Debtors, DAVID L. & JOANN PICHAN, by and through their counsel, DICKRON BOHIKIAN, pursuant to B.R. 1017(d) and 11 U.S.C. § 1307(a), submits this notice to convert this Chapter 13 case to a Chapter 7 case.

| | |
|---|---|
| | */s/David L. Pichan* |
| Dated: 7/23/2013 | David L. Pichan, Debtor |
| | |
| Dated: 7/23/2013 | /s/JoAnn Pichan |
| | JoAnn Pichan, Joint Debtor |

Dated: 7/23/2013    Respectfully submitted,

LAW OFFICES OF DICKRON BOHIKIAN

*/s/ Dickron Bohikian*
Dickron Bohikian (P-46210)
Attorney for Debtors
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com