UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

DAVID L. PICHAN
JOANN PICHAN

Chapter 7
Case No: 12-66246-wsd
Honorable Walter Shapero

_____Debtors._____/

## SCHEDULE OF POST-PETITION/PRE-CONVERSION DEBTS PURSUANT TO BANKRUPTCY RULE 1019(5)

| CREDITOR'S NAME AND ADDRESS | DESCRIPTION OF CLAIM | CLAIM AMOUNT |
|---|---|---|
| **None** | | |

Dated: 7/23/2013

/s/ David L. Pichan_____
David L. Pichan, Debtor

Dated: 7/23/2013

/s/JoAnn Pichan_____
JoAnn Pichan, Joint Debtor

Dated: 7/23/2013

Respectfully submitted,

LAW OFFICES OF DICKRON BOHIKIAN

*/s/ Dickron Bohikian*_____
Dickron Bohikian (P-46210)
Attorney for Debtors
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

DAVID L. PICHAN
JOANN PICHAN

Chapter 7
Case No: 12-66246wsd
Honorable Walter Shapero

Debtors. /

## SCHEDULE OF PROPERTY ACQUIRED POST-PETITION/ PRE-CONVERSION PURSUANT TO BANKRUPTCY RULE 1019(5)

| DESCRIPTION OF PROPERTY | SECURED CLAIM (if any) | CURRENT MARKET VALUE |
|---|---|---|
| **None** | | |

Dated: 7/23/2013

/s/David L. Pichan
David L. Pichan, Debtor

Dated: 7/23/2013

/s/JoAnn Pichan
JoAnn Pichan, Joint Debtor

Dated: 7/23/2013

Respectfully submitted,

LAW OFFICES OF DICKRON BOHIKIAN

*/s/ Dickron Bohikian*
Dickron Bohikian (P-46210)
Attorney for Debtors
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

DAVID L. PICHAN  
JOANN PICHAN

Chapter 7  
Case No: 12-66246wsd  
Honorable Walter Shapero

Debtors.
_____/

**SCHEDULE OF POST PETITION/PRE-CONVERSION
EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO
BANKRUPTCY RULE 1019(5)**

| Name and Addresses of All Other Parties to Lease or Contract | Description of Lease or Contract and Nature of Debtor(s) Lease |
|---|---|
| **None** | |

Dated: 7/23/2013

/s/David L. Pichan  
David L. Pichan, Debtor

Dated: 7/23/2013

/s/JoAnn Pichan  
JoAnn Pichan, Joint Debtor

Dated: 7/23/2013

Respectfully submitted,

LAW OFFICES OF DICKRON BOHIKIAN

*/s/ Dickron Bohikian*  
Dickron Bohikian (P-46210)  
Attorney for Debtors  
748 W. Grand River Ave.  
Brighton, MI 48116  
(810) 494-7172  
ecf@bohikianlaw.com