UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

DAVID L. PICHAN                         Chapter 13
JOANN PICHAN                            Case No: 12-66246wsd
    Debtors.                        Honorable Walter Shapero
_____/

## WITHDRAWAL OF OBJECTION TO TRUSTEE'S MOTION TO SELL

NOW COMES the Debtors, David L. & JoAnn Pichan, by and through their attorney, Dickron Bohikian, and hereby withdraws the Objection to Trustee's Motion to Sell.

                    Respectfully Submitted,

Dated: January 9, 2014          /s/Dickron Bohikian_____
                                    Dickron Bohikian (P46210)
                                    Attorney for Debtors
                                    748 W. Grand River Avenue
                                    Brighton, MI  48116
                                    (810) 494-7172
                                    ecf@bohikianlaw.com/