UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy

**PICHAN, DAVID L.,**               Case No. 12-66246 WSD
**PICHAN, JO ANN,**                 Chapter 7
     Debtor(s)                        Hon. Walter Shapero.Detroit
_____/

## TRUSTEE'S REPORT OF SALE

Timothy J. Miller, Trustee, states:

1. The Trustee filed the Trustee's Motion for Approval of Sale Procedures under Section 363(b) on November 22, 2013.

2. The Motion was amended on December 6, 2013 to correct the legal description for the property to be sold.

3. An auction was held on January 8, 2014 pursuant to the motion, subject however to the outcome of the hearing on the objection to the Trustee's Motion set for January 9, 2014.

4. Two bidders were present at the auction. Education Plus Credit Union, by its counsel, made the initial offer of $8,000.00 as disclosed in the motion.

5. Wendy and William Tobler qualified as bidders and actively bid at the auction.

6. The last and highest bid was $38,000.00 by Education Plus Credit Union.

7. The auction was concluded on January 8, 2014.


DATED: January 10, 2014                */s/ Timothy J. Miller, trustee*
                                                     Timothy J. Miller (P36951)
                                                     64541 Van Dyke Suite 101B
                                                     Washington Township, MI 48095
                                                     (586) 281-3764
                                                     tmiller@schneidermiller.com