UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

**PICHAN, DAVID L.,**                       Case No. 12-66246 WSD
**PICHAN, JO ANN,**                         Chapter 7
         Debtor(s)                            Hon. Walter Shapero.Detroit
_____/

**SUGGESTION OF MOOTNESS REGARDING MOTION FOR RECONSIDERATION OF ORDER
APPROVING OF SALE PROCEDURES FOR VACANT LAND LOCATED AT BUNTON ROAD,
WILLIS, MICHIGAN AND FOR ORDER TRANSFERRING LIENS
AND OTHER INTERESTS TO SALE PROCEEDS**

Timothy J. Miller, Trustee, by and through his attorneys, Schneider Miller, P.C., states for his Motion as follows:

1. On January 10, 2014 the court entered its Order Approving of Sale Procedures for Vacant Land Located at Bunton Road, Willis, Michigan and for Order Transferring Liens and Other Interests to Sale Proceeds ("the Order").

2. The Order was entered following the last minute withdrawal of the Debtors' objection to the Trustee's sale motion. On January 21, 2014 Debtors filed a motion for reconsideration of the Order.

3. Debtors did not file a motion for stay of the Order pending the outcome of the motion for reconsideration.

4. In accordance with the Order, the sale of the subject real property closed on March 7, 2014.

5. Debtors' motion for reconsideration is moot.

WHEREFORE, the Trustee requests that the motion for reconsideration be denied.

DATED: March 13, 2014                      */s/Timothy J. Miller, attorney*
                                                              Timothy J. Miller (P36951)
                                                              Attorney for the Trustee
                                                              64541 Van Dyke, Ste 101-B
                                                              Washington Twp, MI  48095
                                                              (586) 281-3764
                                                              tmiller@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                            In Bankruptcy

**PICHAN, DAVID L.,**                    Case No. 12-66246 WSD
**PICHAN, JO ANN,**                      Chapter 7
       Debtor(s)                              Hon. Walter Shapero.Detroit
_____/

## CERTIFICATE OF SERVICE

Re:     Trustee's Suggestion of Mootness Regarding Motion for Reconsideration of Order Approving Sale Procedures for Vacant Land Located at Bunton Road, Willis, Michigan, and for Order Transferring Liens and Other Interests to Sale Proceeds and Certificate of Service.

I hereby certify that on March 13, 2014 I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

                                                           */s/Timothy J. Miller, attorney*
                                                           Timothy J. Miller (P36951)
                                                           Attorney for the Trustee
                                                           64541 Van Dyke, Ste 101-B
                                                           Washington Twp, MI  48095
                                                           (586) 281-3764
                                                           tmiller@schneidermiller.com