UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy

**PICHAN, DAVID L.,**            Case No. 12-66246 WSD
**PICHAN, JO ANN,**              Chapter 7
     Debtor(s)                       Hon. Walter Shapero.Detroit
_____ /

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

To the Clerk of the United States Bankruptcy Court:

This is to inform the Court that the final report and account for this estate will be filed within ninety (90) days from the date of this notice.

Dated: July 14, 2014                 /s/ Timothy J. Miller, trustee
                                       Timothy J. Miller, Trustee
                                       (P36951)
                                       Schneider Miller, P.C.
                                       64541 Van Dyke Suite 101B
                                       Washington, MI 48095
                                       (586) 281-3764
                                       tmiller@schneidermiller.com