Form clkcert

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **12−66246−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   David L. Pichan                      Jo Ann Pichan
   dba Fiber Brite Carpet Care       844 Cliffs Drive
   844 Cliffs Drive                  101D
   101D                              Ypsilanti, MI 48198
   Ypsilanti, MI 48198

Social Security No.:
   xxx−xx−6590                       xxx−xx−8855

Employer's Tax I.D. No.:

## CLERK'S CERTIFICATION OF THE RECORD

I hereby certify that as of this date and to the best of my knowledge:

   (1) The documents listed on the docket sheet are in the case file in the custody of the Clerk.

   (2) The claims register lists the claims filed with Court.

   (3) The docket sheet and claims register are available for review through PACER.

   (4) The following Court costs are due and owing:

      a) Reopening/conversion fee $ 0.00

      b) 0 Complaint(s) for a total of $ 0.00

      c) 0 Appeal(s) for a total of $ 0.00

      d) 0 Motion(s) to Sell Property Free and Clear of Liens Under 11 U.S.C. § 363(f) for a total of $ 0.00

Dated: 7/15/14

                                                                BY THE COURT

                                                                Katherine B. Gullo , Clerk of Court
                                                                UNITED STATES BANKRUPTCY COURT