Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226

Invoice submitted to:

July 18, 2014

Invoice #10055

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/14/2012 | Telephone call with Ken Butler, discuss real property, refinancing, separation of portion of property at time of refinance of mortgage debts; notes to file | 0.25<br>340.00/hr | 85.00 |
|  | Review documents and open file; review schedules and notice of case commencement; review notes of section 341 meeting of creditors; prepare conflict check and note dates for objection to exemptions and complaint for denial of discharge | 0.50<br>340.00/hr | 170.00 |
| 12/17/2012 | Draft trustee's application for order authorizing employment of counsel for the trustee; prepare form of affidavit for counsel for the trustee; draft form of order for submission with application; prepare statement of concurrence of United States Trustee and arrange for forwarding of documents to United States Trustee and later filing with the court | 0.50<br>340.00/hr | 170.00 |
|  | Draft correspondence to debtor attorney for all real estate documents | 0.20<br>340.00/hr | 68.00 |
|  | Review correspondence from debtor attorney re real estate docs | 0.10<br>340.00/hr | 34.00 |
| 12/18/2012 | Review and attention to entered order concerning employment of counsel; note to file | 0.10<br>340.00/hr | 34.00 |
| 1/7/2013 | Telephone call with Ken Butler re meeting to discuss sale of real property | 0.10<br>350.00/hr | 35.00 |
| 1/9/2013 | Telephone call with Ken Butler re meeting to discuss liquidation of estate's interest in real property | 0.20<br>350.00/hr | 70.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/16/2013 | Review correspondence from debtor attorney re divorce judgment, separation agreement request; note to file | 0.25<br>350.00/hr | 87.50 |
|  | Review correspondence to debtor attorney requesting documents | 0.10<br>350.00/hr | 35.00 |
| 1/17/2013 | Telephone call with Ken Butler re discussion and meeting re real property | 0.20<br>350.00/hr | 70.00 |
| 1/22/2013 | Telephone call with Ken Butler re real property; lot adjacent to home; exemption, IRS lien, property taxes | 0.20<br>350.00/hr | 70.00 |
|  | Telephone call with Ken Butler re taxes owed on real property; discussion to be had at section 341 meeting | 0.20<br>350.00/hr | 70.00 |
| 1/24/2013 | Telephone call with Ken Butler re title search, patents listed in schedules | 0.20<br>350.00/hr | 70.00 |
| 1/25/2013 | Extended telephone call with debtor attorney re issues in case, real property, patents, claims against the credit union; notes to file | 0.40<br>350.00/hr | 140.00 |
| 1/28/2013 | Review file and patent notes; correspondence to firm attorneys re patent lawyer; review reply | 0.25<br>350.00/hr | 87.50 |
| 1/29/2013 | Review and attention to file and notes re patent issues; review correspondence from KRC and patent attorney; draft correspondence to attorney re patent infringement and disputes; notes to file for response | 0.75<br>350.00/hr | 262.50 |
| 2/5/2013 | Attention to file; Draft correspondence to debtor attorney for rule 2004 exam; copy to Ken Butler | 0.25<br>350.00/hr | 87.50 |
| 2/6/2013 | Review and reply to debtor attorney correspondence re 2004 exam | 0.25<br>350.00/hr | 87.50 |
|  | Review and attention to file and issues re assets; Draft stipulation and order for rule 2004 exam and documents | 0.75<br>350.00/hr | 262.50 |
|  | Draft correspondence to Chris Darrow, discuss referral, patent issues, special counsel employment | 0.25<br>350.00/hr | 87.50 |
| 2/7/2013 | Draft correspondence to debtor attorney re order for rule 2004 exam; list of records; request for his discussion with the debtors | 0.25<br>350.00/hr | 87.50 |
| 2/8/2013 | Review correspondence from debtor attorney re 2004 exam order and document request | 0.10<br>350.00/hr | 35.00 |
|  | Review correspondence from Brian Spence re offer on real property; reply to same | 0.20<br>350.00/hr | 70.00 |
| 2/11/2013 | Draft stipulation and proposed order re extension of time to file objections to exemptions | 0.20<br>350.00/hr | 70.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/11/2013 | Review amended schedules and cover sheet for same | 0.25 350.00/hr | 87.50 |
| 2/15/2013 | Telephone call with debtor attorney re issues with rule 2004 exam, slander of title, patent issues | 0.20 350.00/hr | 70.00 |
|  | Telephone call with debtor attorney re docs for 2004 exam; issues, claims to be discussed; notes to file | 0.25 350.00/hr | 87.50 |
| 2/16/2013 | Review and attention to entered order extending time to objection to exemptions; calendar same and note to file | 0.10 350.00/hr | 35.00 |
|  | Review correspondence from debtor attorney w docs for upcoming 2004 exam; review docs and compare with docs submitted prior; notes for file | 2.00 350.00/hr | 700.00 |
| 2/20/2013 | Review all docs and pleadings, business and personal bank records, tax returns, real estate docs, etc.; notes for questions; prepare for examination of the debtors, correspondence to debtor attorney re additional records; Telephone call with Butler re attendance | 3.25 350.00/hr | 1,137.50 |
| 2/21/2013 | Review additional docs received prior to examination of the debtors | 0.25 350.00/hr | 87.50 |
|  | Deposition of the debtors; meeting with counsel for the debtors; meeting with Ken Butler, attorney for creditors; follow up meetings; review and organization of documents post examination; notes to file | 3.50 350.00/hr | 1,225.00 |
| 2/25/2013 | Telephone call with attorney for adjacent landowner re tree cutting and damages to property | 0.20 350.00/hr | 70.00 |
| 2/27/2013 | Review correspondence from Bill Frey; draft correspondence to Barbara Mandell re referral for patent law issues | 0.25 350.00/hr | 87.50 |
| 3/11/2013 | Review file; draft correspondence to debtor attorney re issues concerning conversion, funding of chapter 13 plan | 0.25 350.00/hr | 87.50 |
| 3/13/2013 | Review motion for conversion of case to chapter 13 due to new income of Mrs. Pichan | 0.10 350.00/hr | 35.00 |
|  | Draft correspondence to debtor attorney re administrative priority claims in chapter 13 plan | 0.10 350.00/hr | 35.00 |
| 3/18/2013 | Review response to motion for conversion of case to chapter 13 | 0.10 350.00/hr | 35.00 |
| 3/19/2013 | Draft stipulation and order extending objection to exemption period; call to debtor attorney re same; draft correspondence to debtor attorney requesting approval | 0.30 350.00/hr | 105.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/19/2013 | Review correspondence from debtor attorney re stip and order for extension of time to file objection to exemptions; review notice of hearing on objection to motion for conversion to chapter 13; notes to file; attention to filing exemption objection stipulation | 0.50 350.00/hr | 175.00 |
| 4/4/2013 | Review correspondence to special counsel; attention to file for response | 0.10 350.00/hr | 35.00 |
| 4/16/2013 | Review amended schedules and corrected amended schedules filed by debtor | 0.10 350.00/hr | 35.00 |
| | Telephone call with AJM re Shapero docket; draft correspondence to ES re upcoming hearing, issues and pleadings | 0.30 350.00/hr | 105.00 |
| 4/18/2013 | Meeting with ES re results of hearing on conversion motion | 0.10 350.00/hr | 35.00 |
| 4/30/2013 | Telephone call with Ken Butler's office re conversion | 0.10 350.00/hr | 35.00 |
| 5/6/2013 | Review message from K Butler re conversion | 0.10 350.00/hr | 35.00 |
| 5/14/2013 | Review and attention to file for calendared motion to convert and credit union objection to same; evidentiary hearing | 0.20 350.00/hr | 70.00 |
| 6/11/2013 | Review entered order converting case to chapter 13 | 0.10 350.00/hr | 35.00 |
| 6/13/2013 | Review entered order confirming conversion of case to chapter 13; draft correspondence to debtor attorney re adm claims to be included in plan | 0.25 350.00/hr | 87.50 |
| 6/21/2013 | Review and attention to file and to time entries and case docket; review trustee reporting information for inclusion of required information per court rule; draft application for order awarding fees and expenses for the attorney for the trustee; draft proposed order; draft trustee fee app with order, notice and cert of service | 1.25 350.00/hr | NO CHARGE |
| 7/25/2013 | Review docket entries re conversion prior to motion hearing | 0.10 350.00/hr | 35.00 |
| 8/13/2013 | Review and reply to correspondence from prospective purchaser | 0.20 350.00/hr | 70.00 |
| 8/20/2013 | Telephone call with Ken Butler re offer on vacant property | 0.20 350.00/hr | 70.00 |
| 8/22/2013 | Review and reply to correspondence from prospective purchaser or vacant real property | 0.20 350.00/hr | 70.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/4/2013 | Review correspondence from Bunton re offer on real property; draft correspondence to K Butler re offer on same | 0.10<br>350.00/hr | 35.00 |
| 9/11/2013 | Draft correspondence to Butler re title work | 0.10<br>350.00/hr | 35.00 |
| 10/4/2013 | Review correspondence from Bunton re status of sale of real property; reply to same | 0.25<br>350.00/hr | 87.50 |
| 11/5/2013 | Attention to file and chronology of correspondence; Review and reply to recent correspondence from Bunton re real property; draft correspondence to K Butler same, title work request | 0.75<br>350.00/hr | 262.50 |
| 11/19/2013 | Review title work, Telephone call with K Butler, notes to file, correspondence to Bunton re offer | 0.50<br>350.00/hr | 175.00 |
| 11/22/2013 | Draft correspondence to K Butler re legal description and cashiers' check | 0.20<br>350.00/hr | 70.00 |
|  | Work on final draft of sale motion with all exhibits and proposed order; notice and cert of service | 2.75<br>350.00/hr | 962.50 |
| 11/25/2013 | Review and respond to Bunton em re property legal description | 0.25<br>350.00/hr | 87.50 |
| 12/2/2013 | Review proof of claim filed by attorney Abby Cooper; review 12 pp attachment; note to file | 0.25<br>350.00/hr | 87.50 |
|  | Review docs in file for survey; draft correspondence to Butler with survey to identify specific parcel to be transferred | 0.40<br>350.00/hr | 140.00 |
| 12/6/2013 | Draft amended motion for sale of vacant parcel; prepare necessary exhibits and list for certificate of service | 0.75<br>350.00/hr | 262.50 |
| 12/10/2013 | Review message from debtor re sale; draft correspondence to debtor attorney re same; copy to K Butler | 0.10<br>350.00/hr | 35.00 |
|  | Review correspondence from D Bohikian re sale; review file and respond to same; copy to K Butler | 0.30<br>350.00/hr | 105.00 |
| 12/17/2013 | Review and attention to payment from EPCU and motion for approval of sale procedures; review provisions re funds received prior to auction; deposit information and form; notes on calendar re deadlines to be met; further notes to file | 0.50<br>350.00/hr | 175.00 |
|  | Draft certificate of no response regarding trustee's motion for approval of sale procedures; file with proposed order | 0.25<br>350.00/hr | 87.50 |
| 12/19/2013 | Review objection to sale motion; draft correspondence to Butler; draft correspondence to debtor attorney re request for detailed proof of prior tax payments | 0.50<br>350.00/hr | 175.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/23/2013 | Telephone call with W Tobler re bid and auction issues | 0.25<br>350.00/hr | 87.50 |
| 1/6/2014 | Telephone call with Ken Butler re competing offer and auction sale; pending sale objection | 0.20<br>360.00/hr | 72.00 |
| 1/8/2014 | Telephone calls with Toblers and with Butler re auction; call to IRS proof of claim filer re sale and objection | 0.30<br>360.00/hr | 108.00 |
|  | Review files and prepare for auction sale | 0.50<br>360.00/hr | 180.00 |
|  | Meeting with Toblers;  meeting w K Butler; discuss pending motion to sell; amendment; objection to sale; hearing on same; auction procedure; conduct auction sale; discussions after sale; call to D Bohikian re sale results and objection issues; standing and benefit to the estate; follow up calls | 2.10<br>360.00/hr | 756.00 |
|  | Prepare for hearing on objection to sale motion; review all pleadings; attention to claims filed by Washtenaw County and by the IRS; review attorney's lien on property; review title work and other documents in paper files, electronic files; review court docket | 1.75<br>360.00/hr | 630.00 |
| 1/9/2014 | Review and reply to correspondence from debtor attorney re objection to sale motion; follow up correspondence; draft correspondence to K Butler re same | 0.50<br>360.00/hr | 180.00 |
|  | Court Appearance for motion to approve sale procedures [including travel time 4.5 hours due to weather; billed at one half of actual time] | 3.90<br>360.00/hr | 1,404.00 |
|  | Draft correspondence to debtor attorney requesting formal withdrawal of objection to be filed; review response and filed copy of withdrawal | 360.00/hr | NO CHARGE |
| 1/10/2014 | Draft certificate of no response regarding trustee's motion for order approving sale procedures; revise order to reflect late filed withdrawal of objection and conclusion of auction sale; file with proposed order | 0.60<br>360.00/hr | 216.00 |
|  | Telephone call with Ms. Jones at IRS re hearing on motion for sale of real property and IRS secured claim | 0.20<br>360.00/hr | 72.00 |
| 1/13/2014 | Review entered order confirming sale of vacant property; attention to file and locate printout for title work prepared for property; draft correspondence to K Butler re title work origination, closing, certified copy of sale order and trustee's deed [0.30]  draft correspondence to R Pallas re estate issues concerning sale and capital gain [0.20] | 0.50<br>360.00/hr | 180.00 |
| 1/14/2014 | Review correspondence from D Bohikian re payment by the debtor of prepetition property taxes on Bunton Road parcel; reply to same and state considerations allowing for defenses to motion for reimbursement of funds paid voluntarily by the debtors; notes to file | 0.30<br>360.00/hr | 108.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/15/2014 | Review prior correspondence with Brian and April Spence re notices and auction issues; review correspondence with D Bohikian re debtors' objections to sale motion; review correspondence with K Butler re real property sale; notes to file for closing on sale | 0.60<br>360.00/hr | 216.00 |
| 1/16/2014 | Telephone call with Sarah V at Butler's office re closing arrangements for transfer of real property and payment of balance due | 0.20<br>360.00/hr | 72.00 |
| 1/21/2014 | Review correspondence from R Pallas and proposed documents re employment of certified public accountant; response noted in file | 0.20<br>360.00/hr | 72.00 |
| 1/22/2014 | Review debtors' motion for reconsideration of order approving sale procedures; review notice and proposed order; review of local court rule to confirm that no response is allowed unless ordered by the court | 0.25<br>360.00/hr | 90.00 |
|  | Telephone call with K Butler re motion for reconsideration; discuss issues including responses prohibited by local court rule unless otherwise ordered; lack of standing and other deficiencies in motion | 0.20<br>360.00/hr | 72.00 |
|  | Review entered order for employment of R Pallas as accountant for the estate; draft correspondence to R Pallas re same | 0.10<br>360.00/hr | 36.00 |
| 1/23/2014 | Review Cert of Service filed by debtor attorney re motion for reconsideration of sale order and service of notice of opportunity to object | 0.10<br>360.00/hr | 36.00 |
|  | Telephone call with Sarah at Butler's office re closing on sale of real property; discuss pending motion for reconsideration, defects and low likelihood of success, notice to title agency; notes to file | 0.25<br>360.00/hr | 90.00 |
| 1/28/2014 | Telephone call with K Butler's office confirming cancellation of closing on sale of real property due to motion for reconsideration filed by the debtors | 0.10<br>360.00/hr | 36.00 |
| 1/30/2014 | Telephone call with K Butler re closing scheduled, discussion with title agent, motion pending for reconsideration, delay in closing | 0.20<br>360.00/hr | 72.00 |
| 1/31/2014 | Review filed motion for reconsideration; Draft correspondence to debtor attorney explaining that notice and opportunity to respond or request a hearing filed by debtors with motion for reconsideration is contrary to local rule; request for withdrawal of motion; copy to K Butler | 0.25<br>360.00/hr | 90.00 |
| 2/4/2014 | Review and attention to docket; review motion for reconsideration; note expiration of 14 day period following entry of order; draft correspondence to K Butler re no stay pending appeal; mootness of reconsideration motion given no stay; request to move forward with closing | 0.50<br>360.00/hr | 180.00 |
| 2/7/2014 | Telephone call with K Butler re title issue pending reconsideration motion decision; discussions to take place with attorney for title agent | 0.10<br>360.00/hr | 36.00 |
| 2/10/2014 | Review correspondence from Butler's office re Chirco Title information; reply to same | 0.10<br>360.00/hr | 36.00 |

|            |                                                                                                                                                                                                                                                                                                                                          | Hrs/Rate          |  Amount |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 2/10/2014  | Review correspondence from Butler's office re Chirco Title Co file information; draft correspondence to Michael Luberto at Chirco requesting review of file and closing on sale; no stay requested by debtors; offer to provide additional docs and info; copy to Ken Butler; notes to file                                               | 0.30<br>360.00/hr |  108.00 |
| 2/12/2014  | Prepare memo to firm attorneys re suggestion of mootness; motion for reconsideration standing in the way of closing the real property sale to high bidder [0.50] research case law on suggestion of mootness and application of doctrine to bankruptcy sale of real property subject to motion for reconsideration [0.70]                 | 1.20<br>360.00/hr |  432.00 |
|            | Review correspondence from Mike Luberto re ok to proceed with closing; draft correspondence to K Butler re scheduling of closing on sale                                                                                                                                                                                                 | 0.10<br>360.00/hr |   36.00 |
|            | Review decision re sale approval and finality; draft correspondence to Bohakian re futility of objection and lack of standing by debtors to object; copy to Butler                                                                                                                                                                        | 0.35<br>360.00/hr |  126.00 |
| 2/21/2014  | Research case law re mootness doctrine applied to bankruptcy sales where party adverse to ruling fails to obtain a stay; review 6th circuit case in re 255 Park Plaza; notes to file                                                                                                                                                      | 1.00<br>360.00/hr |  360.00 |
| 2/24/2014  | Review correspondence with Chrico and with Butler's office; draft correspondence to K Butler re sale order, closing on sale; note to file                                                                                                                                                                                                 | 0.25<br>360.00/hr |   90.00 |
| 2/28/2014  | Review correspondence with Sarah V re closing scheduled; documents to be forwarded; reply to same                                                                                                                                                                                                                                        | 0.25<br>360.00/hr |   90.00 |
| 3/4/2014   | Review and reply to correspondence from Sarah V re purchase agreement, title agent inquiry                                                                                                                                                                                                                                               | 0.20<br>360.00/hr |   72.00 |
| 3/5/2014   | Review and attention to file for drafting of proposed trustee's deed for use in closing on sale of vacant parcel per order; draft correspondence to Sarah V re same, copy to K Butler and M Luberto; notes to file                                                                                                                        | 0.75<br>360.00/hr |  270.00 |
| 3/6/2014   | Review and reply to correspondence from title agent; revise trustee's deed per instruction; notes to file                                                                                                                                                                                                                                | 0.25<br>360.00/hr |   90.00 |
|            | Review closing package; all documents required to close on sale of 13360 Bunton Road vacant parcel; attention to file re references made concerning tax liens, other liens and encumbrances; correspondence with Chrico office re same; notes to file                                                                                     | 0.75<br>360.00/hr |  270.00 |
|            | Meeting with Chirco Title agency rep Kelly for closing on seller's side of sale; review all closing docs; discussions re tax escrow, net proceeds payment, tax identifier, improvements/liens affidavit, other matters; certified copy of sale order, trustee's deed; notes to file; Preparation and assembly time for same               | 0.80<br>360.00/hr |  288.00 |
| 3/10/2014  | Review package from Chirco Title Agency Inc with closing documents and disbursement of net sale proceeds per sale of real property on Bunton Road; notes to file                                                                                                                                                                         | 0.25<br>360.00/hr |   90.00 |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                   | Hrs/Rate          | Amount |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 3/12/2014  | Review docket entry denying application for lack of progress; review pacer to link up motion filing with text entry for denial; note to file                                                                                                                                                                                                                                                                                                      | 0.25 360.00/hr    | 90.00  |
|            | Prepare suggestion of mootness for filing with the court; draft correspondence to Mike Luberto for review and comment; note to file                                                                                                                                                                                                                                                                                                               | 0.50 360.00/hr    | 180.00 |
| 3/13/2014  | Review correspondence from Chirco Title re suggestion of mootness; revise same and prepare for filing                                                                                                                                                                                                                                                                                                                                             | 0.30 360.00/hr    | 108.00 |
|            | Review Luberto's comments on suggestion of mootness regarding motion for reconsideration of sale order; prepare for filing suggestion of mootness; notes to file                                                                                                                                                                                                                                                                                  | 0.25 360.00/hr    | 90.00  |
|            | Draft correspondence to K Butler re filing of suggestion of mootness; copy to M Luberto                                                                                                                                                                                                                                                                                                                                                           | 0.10 360.00/hr    | 36.00  |
| 3/14/2014  | Telephone call with K Butler re filing of suggestion of mootness, tax escrow and possible refund, case closing; note to file                                                                                                                                                                                                                                                                                                                      | 0.20 360.00/hr    | 72.00  |
| 3/17/2014  | Review and attention to file; prepare summation of legal matters and status for annual reporting [0.25] review cpa employment application and closing docs for forwarding to R Pallas for estate tax issues; notes to file [0.20]                                                                                                                                                                                                                 | 0.45 360.00/hr    | 162.00 |
| 3/18/2014  | Review correspondence from R Pallas re cost of property purchase; review file and retrieve deed to debtors recorded in year 1992; review survey to note property division after purchase; note approximate amount of cost basis to allocate to property sold; review file for expenses of administration to date; note real estate costs explained in closing documents; draft correspondence to R Pallas explaining findings and determinations per request | 0.80 360.00/hr    | 288.00 |
|            | Telephone call with R Pallas re case overview and tax issues                                                                                                                                                                                                                                                                                                                                                                                      | 0.10 360.00/hr    | 36.00  |
|            | Review correspondence from R Pallas re analysis of capital gains and other matters; legal issues re separation of estates for tax purposes; respond                                                                                                                                                                                                                                                                                               | 0.25 360.00/hr    | 90.00  |
| 3/31/2014  | Review correspondence from Pallas re co-debtor, estate tax matter and legal issue re division of capital gains; attention to file and notes re same                                                                                                                                                                                                                                                                                               | 0.25 360.00/hr    | 90.00  |
| 4/4/2014   | Review W9 for Joann Pichan; draft correspondence to R Pallas re same                                                                                                                                                                                                                                                                                                                                                                              | 0.10 360.00/hr    | 36.00  |
| 4/7/2014   | Review correspondence from Chirco Title Agency and payment on account of excess funds reserved in escrow to satisfy property tax indebtedness; review HUD-1 statement re escrow and title commitment and search re real property taxes owed at time of sale closing; note to file                                                                                                                                                                 | 0.30 360.00/hr    | 108.00 |
|            | Review and respond to R Pallas correspondence re case wind up, reasons to proceed and background re sale and objections filed by the debtors                                                                                                                                                                                                                                                                                                      | 0.20 360.00/hr    | 72.00  |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/19/2014 | Telephone call with Ken Butler; attention to docket, suggestion of mootness; closing on real property sale; transfer of property to neighboring party; note to file | 0.25<br>360.00/hr | 90.00 |
| 6/19/2014 | Telephone call with K Butler re deed and recording of same; review and attention to file for review of closing docs and deed; draft correspondence to Butler with copy to Chirco Title re deed and recording of same; notes to file | 0.50<br>360.00/hr | 180.00 |
| 7/14/2014 | Review and attention to order denying motion for reconsideration for lack of prosecution by the moving party; note to file | 0.20<br>360.00/hr | 72.00 |
| 7/15/2014 | Review and attention to correspondence with Pallas re employment, tax inquiry | 0.10<br>360.00/hr | 36.00 |
| 7/16/2014 | Review and attention to file; review correspondence with Butler and with R Pallas; draft correspondence to Pallas re tax issues and interim administrative expense request; notes to file | 0.25<br>360.00/hr | 90.00 |
|  | Review and attention to file and to time entries and case docket; review trustee reporting information for inclusion of required information per court rule; draft application for order awarding fees and expenses for the attorney for the trustee; draft proposed order | 1.75<br>360.00/hr | 630.00 |
|  | For professional services rendered | 57.40 | $19,911.50 |

Additional Charges :

|  |  |  |
|---|---|---|
| 3/6/2013 | Deposition Costs for court reporter attendance - Luzod Reporting invoice #074900 | 125.00 |
|  | Total additional charges | $125.00 |
|  | Total amount of this bill | $20,036.50 |
|  | Balance due | $20,036.50 |

Schneider Miller, P.C.
645 Griswold
Suite 3900
Detroit, MI 48226


Invoice submitted to:
David and JoAnn Pichan



July 16, 2014


Invoice #10006


    Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 2/12/2014 Research regarding motion for reconsideration of sale order and doctrine of mootness. | 1.50<br>230.00/hr | $345.00 |
| Balance due | | $345.00 |