Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **12−66246−wsd**
Chapter:  7
Judge:  Walter Shapero.Detroit

In Re: (NAME OF DEBTOR(S))
   David L. Pichan                                    Jo Ann Pichan
   dba Fiber Brite Carpet Care               844 Cliffs Drive
   844 Cliffs Drive                                   101D
   101D                                            Ypsilanti, MI 48198
   Ypsilanti, MI 48198

Social Security No.:
   xxx−xx−6590                                xxx−xx−8855

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 1042, 231 W. Lafayette, Detroit, MI 48226** on **9/11/14** at **09:30 AM** to consider and act upon the following:

*92* – First Application for Compensation for Schneider Miller PC, Attorney, Period: 12/14/2012 to 7/18/2014, Fee: $9800.00, Expenses: $125.00. Filed by Attorney Timothy J. Miller (Attachments: # 1 Exhibit Order authorizing employment of counsel # 2 Exhibit Itemized statement of attorney fees # 3 Exhibit Itemized statement of attorney expenses) (Miller, Timothy)

Dated: 8/8/14

                                                                  BY THE COURT

                                                                  Katherine B. Gullo
                                                                  Clerk, U.S. Bankruptcy Court

                                                                  BY: S Gentle
                                                                  Deputy Clerk