UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:　　　　　　　　　　　　　　　　　In Bankruptcy

**PICHAN, DAVID L.,**　　　　　　　　　　　　　　Case No. 12-66246 WSD
**PICHAN, JO ANN,**　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor(s)　　　　　　　　　　　　　　　　Hon. Walter Shapero.Detroit
_____/

### ORDER AUTHORIZING PAYMENT OF
### FIRST INTERIM FEES AND EXPENSES FOR THE
### ATTORNEYS FOR THE TRUSTEE

Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, filed an Application for Order Approving First Interim Fees and Expenses. Notice was provided to all creditors and parties in interest. The Debtors filed an objection. A hearing was scheduled and proper notice of the hearing was given. On September 11, 2014, on or about 9:30 a.m., the court held the hearing on the Application and Objection. At the hearing, the court heard from the Debtors, David L. Pichan and Jo Ann Pichan, from Timothy J. Miller on behalf of the moving party, and from Kenneth Butler, attorney for a creditor, Education Plus Credit Union. The court continued the hearing to 2:00 p.m. on September 11, 2014 for the purposes of taking evidence and further argument. Testimony was provided by Kenneth Butler and Timothy J. Miller. The Trustee's Exhibits 1 and 2 were admitted, and the court took judicial notice and admitted pleadings and documents cited by the Trustee and identified by docket numbers in the court's file. Direct examination of the witnesses was followed by cross examination by the Debtors. The Debtors declined to testify. No other testimony was taken. No other exhibits were entered. Concluding statements were made. The court being otherwise duly advised and for reasons stated by the court,

IT IS HEREBY ORDERED that the Application is granted and that first interim fees in the amount of $9,712.50 and expenses in the amount of $125.00 are awarded to Schneider Miller, P.C., attorneys for the Trustee, there having been a deduction of $87.50 from fees requested on account of a time entry dated January 16, 2013. The Debtors' objections are otherwise overruled.

.

**Signed on September 12, 2014**

                                                   **/s/ Walter Shapero**
                                      **Walter Shapero**
                                      **United States Bankruptcy Judge**